**Motion Granted.**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW M. JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 3:08-0139 |
| ) | Judge Trauger |
| TOMMY MILLS, Warden, ) | |
| ) | |
| Respondent. ) | |

## MOTION TO ACCEPT LATE-FILED MOTION FOR EXTENSION OF TIME

Comes now the respondent, by and through undersigned counsel, and moves this Court for acceptance of a late-filed Motion for Extension of Time. For good cause, respondent would show the Court as follows:

1. By order of this Court filed 13 February 2008, the respondent was ordered to respond to the subject petition within twenty-three days. Due to administrative oversight, counsel did not receive this case assignment until 11 March 2008. Therefore, no response was filed by the ordered deadline.

2. Counsel for the respondent apologizes to the Court for the oversight and requests this Court's forgiveness by accepting his late-filed motion for extension.